No. 82–6258. DABON v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 82–6260. HARRISON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–6265. SIMMONS v. ROUSE, SUPERINTENDENT, LAKE CORRECTIONAL INSTITUTION. C. A. 11th Cir. Certiorari denied.

No. 82–6266. CLARK v. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–6268. JACKSON v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–6269. BARNES v. HENRY. C. A. 9th Cir. Certiorari denied.

No. 82–6270. BRUNGS v. PUBLIC LIBRARY OF COLUMBUS ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 82–6272. COVINGTON v. OSBORNE ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–6273. BECKER v. ARCADIAN GARDENS. C. A. 2d Cir. Certiorari denied.

No. 82–6277. SUBILOSKY v. CALLAHAN, SUPERINTENDENT, MCI-NORFOLK, MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 82–6280. SWANSON v. DAVIS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–6281. ZARRILLI v. RANDALL ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–6282. SCHUMAN v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.